tion by Edward F. Browning against Meyer L. Sire and others. C. E. Thornall, for appellant. W. L. Stone, Jr., for respondents. No opinion. Order modified, by requiring the defendants to pay all costs of action to date as a condition of permitting them to serve supplemental answer, and, as so modified, affirmed, without costs. Settle order on notice.